The State *v.* The Pennsylvania Company.

No. 15,409.

THE STATE *v.* THE PENNSYLVANIA COMPANY.

From the Shelby Circuit Court.

*J. C. McNutt, A. F. Wray, T. B. Adams, I. Carter, W. C. Hultz* and *O. B. Harris,* for appellant.

*S. Stansifer,* for appellee.

OLDS, J.—This is an action to recover penalties accruing by reason of an alleged failure of the appellee to note the fact upon blackboards at certain stations along the appellee's line of railroad, as to whether or not certain trains were late or not, and if late, how much, as provided by statute. The appellee addressed a demurrer to the complaint for want of facts, which was sustained and exceptions reserved. And this ruling is assigned as error. The same questions are presented in this case as were presented and decided in the case of *State* v. *Indiana, etc., R. R. Co.,* 133 Ind. 69, this term, and on the authority of that case the judgment in this case is reversed, at costs of appelle, with instructions to the Circuit Court to overrule the demurrer to the complaint.

Filed December 13, 1892.

———◆———

No. 16,036.

CITY OF BEDFORD *v.* GREEN.

From the Lawrence Circuit Court.

*M. F. Dunn* and *R. N. Palmer,* for appellant.

*J. H. Willard, N. Crooke* and *M. Owen,* for appellee.

OLDS, J.—This case presents the same question, and none other, than that presented in the case of the *City of Bedford* v. *Willard,* 133 Ind. 562, in relation to the statute of limitation, in which case an opinion has been written and handed down, fully considering and deciding the question. On the authority of the opinion in that case the judgment in this case is affirmed.

Filed February 15, 1893.